**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-1222

JUANA DAVIS,

Plaintiff - Appellant,

versus

PEE DEE COALITION AGAINST DOMESTIC AND SEXUAL
ASSAULT; ELLEN HAMILTON, Executive Director;
DEBBIE BARRETT, Manager,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (CA-98-3851-4-22)

Submitted:  May 31, 2001          Decided:  June 13, 2001

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John A. Gaines, Florence, South Carolina, for Appellant.  Arthur E.
Justice, Jr., TURNER, PADGETT, GRAHAM & LANEY, P.A., Florence,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Juana Davis appeals the district court's order and judgment granting summary judgment to the Pee Dee Coalition Against Domestic And Sexual Assault and two of its employees. On appeal, Davis contends that the district court erred by finding that she failed to establish a prima facie case of retaliation for having engaged in protected contact. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Davis v. Pee Dee Coalition</u>, No. CA-98-3851-4-22 (D.S.C. Jan. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>